**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 23-21668-CV-WILLIAMS**

CREELED, INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

_____/

## ORDER

    **THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation ("*Report*") (DE 26) on the Motion for Entry of a Preliminary Injunction (DE 6) ("*Motion*") filed by Plaintiff. No objections were filed to the Report, which recommends the Court grant Plaintiff's Motion. (DE 26 at 1.) Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Reid's Report (DE 26) is **AFFIRMED AND ADOPTED**. Plaintiff's Motion for Entry of a Preliminary Injunction (DE 6) is **GRANTED**, a preliminary injunction is entered in accordance with the terms of the Report, and Plaintiff is required to comply with all recommendations set forth in the Report; and

2. The preliminary injunction shall remain in effect during the pendency of this matter, or until such further dates as set by the Court or stipulated to by the Parties.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this 22nd day of June, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE